Affirmed and Memorandum Opinion filed July 2, 2009








Affirmed
and Memorandum Opinion filed July 2, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00199-CR

____________

 

FELIPE LOYA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District
Court

Harris County, Texas

Trial Court Cause No.
909056

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was convicted of the offense of sexual assault on February 12, 2009, and was
sentenced to confinement for eight years in the Institutional Division of the
Texas Department of Criminal Justice.  Appellant filed a timely notice of
appeal.

On May
28, 2009, the trial court conducted a hearing.  The record of the hearing was
filed in this court on May 28, 2009.  The trial court found appellant no longer
desires to prosecute his appeal.








On the
basis of this finding, this court has considered the appeal without briefs.  See
Tex. R. App. P. 38.8(b).

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

 

Panel consists of Justices Anderson,
Guzman, and Boyce.

Do not publish - Tex. R. App. P. 47.2(b).